IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

RECEIVED
USDC. CLERK, CHARLESTON, S'

2008 AUG 11  P 2

| | |
|---|---|
| Dan M. McDonald; and <br> Joanne B. McDonald, <br><br> Plaintiffs, <br><br> v. <br><br> Jason Stout, Individually and in his capacity as Agent; Employee of American Security Insurance Company, a Subsidiary of Assurant, Inc.; Assurant, Inc.; Kenneth Nix, Individually and in his capacity of employee of American Bankers Insurance Company of Florida, <br><br> Defendants. | Civil Case No. 9:08-1873-SB-GCK <br><br> **ORDER** |

This matter is before the Court on the Plaintiffs' pro se complaint. Pursuant to Local Rule 73.02(B)(2)(a), this matter was referred to a United States Magistrate Judge for preliminary review.

On May 14, 2008, the Defendants filed a motion to dismiss the Plaintiffs' complaint, and on May 16, 2008, the Magistrate Judge issued an Order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), advising the Plaintiffs of their obligation to respond to the Defendants' motion to dismiss. When the Plaintiffs failed to respond, the Magistrate Judge issued a second Order granting the Plaintiffs twenty more days within which to respond to the Defendants' motion to dismiss. The Plaintiffs never filed a response. Therefore, on July 21, 2008, the Magistrate Judge issued a report and recommendation ("R&R"), recommending that the Court dismiss the Plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. Attached to the R&R was a notice

advising the parties of their right to file written, specific objections to the R&R within ten days. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the parties filed no objections to the R&R, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Plaintiffs' complaint is dismissed pursuant to Rule 41(b) of the Federal Rules of Procedure for failure to prosecute.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

August 11, 2008
Charleston, South Carolina

